UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN JOSEPH SIMMONS,<br><br>  Plaintiff,<br><br>  v.<br><br>CISNEROS, et al.,<br><br>  Defendants. | No. 1:21-cv-01550-NONE-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PAYMENT OF THE FILING FEE WITHIN TWENTY DAYS<br><br>(Doc. No. 6) |

Plaintiff Melvin Joseph Simmons is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 22, 2021, the assigned magistrate judge issued findings and recommendations recommending that plaintiff not be allowed to proceed *in forma pauperis* and instead be directed to pay the required filing fee in full if he wishes to proceed with this action because:  (1) he is subject to the three strikes bar under 28 U.S.C. § 1915(g); and (2) the allegations in his complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g).  (Doc. No. 6.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.*)  On November 12, 2021, plaintiff filed objections to the pending findings and recommendations.  (Doc. No. 11.)

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations entered on October 22, 2-21 (Doc. No. 6), are adopted in full;
2. Pursuant to 28 U.S.C. § 1915(g), plaintiff's application to proceed *in forma pauperis* in this action must be denied;
3. Within thirty (30) days from the date of service of this order, plaintiff is required to pay in full the $402.00 filing fee for this action; and
4. Plaintiff's failure to pay the required filing fee as ordered will result in the dismissal of this action without prejudice.

IT IS SO ORDERED.

Dated:   **November 21, 2021**          *Dale A. Drozd*
                                          UNITED STATES DISTRICT JUDGE

2