UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MELVIN JOSEPH SIMMONS, | ) | No. 1:21-cv-01550-NONE-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER DISMISSING ACTION FOR FAILURE TO PAY FILING FEE |
| CISNEROS, et al., | ) ) | |
| Defendants. | ) ) | |
| | ) | |

Plaintiff Melvin Joseph Simmons is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 22, 2021, the court issued an order denying plaintiff's motion to proceed *in forma pauperis* and ordering plaintiff to pay the filing fee within 20 days.  (Doc. No. 12.)  The court cautioned plaintiff that "[f]ailure to pay the filing fee as ordered will result in dismissal of this action without prejudice."  (*Id.* at 2.)

To date, plaintiff has not paid the filing fee as directed by the court in its November 22, 2021 order and the time to do so has passed.

///

///

///

1

Accordingly,

1. This action is dismissed for failure to pay the filing fee and failure to obey a court order; and,
2. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated: **January 5, 2022**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE